Smith v United States

In the United States Court of Appeals

For the Ninth Circuit

No. 14-35555

## MOTION FOR LEAVE OF COURT TO FILE AMICUS CURAE BRIEF, MOTION FOR PRO HAC VICE AND NOTICE OF OTHER MATERIAL LITIGATION

1. Petitioner offers to the court that he would like to file an Amicus Curae Brief in this cause and join the cause Pro Hac Vice as he has material facts to offer to the court and is a primary source.

2. Petitioner notes that a related cause in the NY 2nd Circuit is proceeding (See 14-42) ACLU v Clapper on almost identical grounds. In that proceeding, the 2nd circuit has made a distinction between a seizure of records and a search which he believes is important for the court to consider.

3. Petitioner notes that the court's review of metadata records related to Ms. Smith is insufficient as it fails to consider a more sophisticated definition of metadata and seen in Congress's recent passing of HR2048, and discussed by the 11th Circuit in United States v Quartavius Davis (No. 12-12928).

4. Petitioner notices the court that the FBI has now identified more than 1M identities in its watchlist, and with an estimated 35K employees without enhanced metadata systems there is no technical way the FBI can accomplish its mission without extensive help by local law enforcement, and extensive sharing of national security information from Federal Information Domains to Local sources which is not practical.

5. Petitioner notes that the United States Supreme Court has discussed limitations of metadata collection in the United States v Jones (under specific orders and for limited duration), and United States v Knotts (where we have no expectation of privacy while traveling in public) leading one to believe that more or less all travel records can be collected in bulk including video surveillance, and other location based records.

6. Petitioner offers that Ms. Smith is arguing that her rights have been violated but has made no Motion to the appellate court to Compel the government to produce a response to whether or not her records were in fact collected, and in what scope, and whether she was subject to any secondary investigations including more in depth security procedures although she had the ability to do so in oral argument. Mr. Smith her lawyer and husband was asked about this fact during his testimony which he had no response.

7. Petitioner notices without an Order to Compel there is no way for the court to assess whether Ms. Smith was harmed, and therefore no way to assess damages for an alleged attack of her civil rights, and instead Ms. Smith simply looks like a vexatious litigant. Petitioner is therefore requesting the Government be compelled to provide this information, and if admitted to the cause would also request that his personal records would be included in the discovery request. Petitioner is quite certain that he has been subjected to secondary screens both while at Verizon

8. Federal, and thereafter as a result of a serious disagreement on a system he was requested to build while at Verizon. This system was intended to meet the terms and conditions of internal security for Federal employees, and HR2048 based on the President's own order. This process however was impacted by an injunction by Klayman v Obama in the DC Circuit (See DC Court of Appeals 14-5017), and his own internal dispute with Verizon.

8. Petitioner believes that Under Article III of the US Constitution that the president's own National Security policy is governed only by the United States Supreme Court and any complaints should be handled directly in the Supreme Court at significant risk to the parties seeking relief. This is consistent with the United States Supreme Court's own rules which allows them to issue Mandates in the name of the President of the United States. In other words Ms. Smith is making a criminal complaint against the president of the United States personally which is under the constitution an impeachment action. For the same reason, Petitioner believes this case should be dismissed for lack of Jurisdiction, and Ms. Smith should be ordered to file a new cause against the United States Government, or the FBI and not the president personally as the President is subject to Congress who has already passed a law which makes Ms. Smiths complaint Moot.

9. Petitioner believes that Ms. Smith is asking the 9th Circuit to rule on whether Metadata can be collected in the first place, and Petitioner believes that the issue of collection metadata in bulk is not the question, but rather **where** that data can be consolidated and for **what duration**. Petitioner believes that any investigating agency whether in the local, state, or regional parties should not be able to collect this data, and then use it against its citizens, but instead should be located in a state, or national repository under the supervision of each State's Supreme Court's and the United States Court system. In our case, The President of the United States privately has already contracted Verizon to carry building a new system in-line with previous United States Supreme Court rulings (and therefore Mandates), and Congress's recent passage of HR2048.

10. Petitioner objects to a US Army officer taking the place of a US Magistrate, State District Judge, or Federal District judge in signing such a search warrant which is why he believes that the NSA should not own the repository, but instead should be able to use it. For the same reason, he does not believe the Petitioner believes that the entire existing platform should be transferred to Verizon under classified programs and maintained on the Government's behalf by the end of the year as the president recently signed. The US Army is already a customer of Verizon and has a good operating relationship.

11. Petitioner notices that he has already served to the US Fifth Circuit the Verizon design and related property which the president has offered to acquire which is under seal (See Stritzinger v Verizon 14-50090).

**Requests of the Court**

Petitioner requests the court be allowed to Join the cause pro hac vice, and file a brief.
Petitioner requests the court to Compel the United States to produce its records to Ms. Smith of whether or not her records have been seized, where they are located, and whether or not she

was subject to any secondary actions thereby causing her harm. For the same reason, Petitioner requests the US Government produce the same information related to himself.

*[signature]*

695 Bluss Pt
Columbia, SC 29212
803.728.9238



# THE FBI — FEDERAL BUREAU OF INVESTIGATION

## Quick Facts

Home • About Us • Quick Facts

### Our Mission

As an intelligence-driven and a threat-focused national security organization with both intelligence and law enforcement responsibilities, the mission of the FBI is to protect and defend the United States against terrorist and foreign intelligence threats, to uphold and enforce the criminal laws of the United States, and to provide leadership and criminal justice services to federal, state, municipal, and international agencies and partners.

### Our Priorities

The FBI focuses on threats that challenge the foundations of American society or involve dangers too large or complex for any local or state authority to handle alone. In executing the following priorities, the FBI—as both a national security and law enforcement organization—will produce and use intelligence to protect the nation from threats and to bring to justice those who violate the law.

1. Protect the United States from terrorist attack
2. Protect the United States against foreign intelligence operations and espionage
3. Protect the United States against cyber-based attacks and high-technology crimes
4. Combat public corruption at all levels
5. Protect civil rights
6. Combat transnational/national criminal organizations and enterprises
7. Combat major white-collar crime
8. Combat significant violent crime
9. Support federal, state, local and international partners
10. Upgrade technology to successfully perform the FBI's mission

### Our People & Leadership

The FBI employs nearly 35,000 people, including special agents and support professionals such as intelligence analysts, language specialists, scientists, and information technology specialists. Learn how you can join us at FBIJobs.gov. For details on our leadership, see the FBI Executives webpage.

### Our Locations

We work literally around the globe. Along with our Headquarters in Washington, D.C., we have 56 field offices located in major cities throughout the U.S., approximately 360 smaller offices called resident



### After the Storm

An FBI SWAT Team helps local law enforcement on the streets of New Orleans in the wake of Hurricane Katrina. AP Photo.

agencies in cities and towns across the nation, and more than 60 international offices called legal attaches in U.S. embassies worldwide.

**Our Budget**

In fiscal year 2014, our total direct-funded budget is approximately $8.3 billion, including increases to enhance our cyber, counter-IED (improvised explosive device), firearms background check, and other programs.

**Our History**

The FBI was established in 1908. See our History website and How the FBI Got its Name for more details on our evolution and achievements over the years.

**Our Motto**

"Fidelity, Bravery, and Integrity." Learn about the origins of this motto.

**Our Core Values**

- Rigorous obedience to the Constitution of the United States;
- Respect for the dignity of all those we protect;
- Compassion;
- Fairness;
- Uncompromising personal integrity and institutional integrity;
- Accountability by accepting responsibility for our actions and decisions and the consequences of our actions and decisions;
- Leadership, both personal and professional; and
- Diversity.

**For more information:**

- Read a more detailed overview of the FBI: Today's FBI: Facts & Figures, 2013-2014 (pdf).
- Get answers to Frequently Asked Questions.

Accessibility | eRulemaking | Freedom of Information Act | Legal Notices | Legal Policies and Disclaimers | Links | Privacy Policy | USA.gov | White House
FBI.gov is an official site of the U.S. government, U.S. Department of Justice

Close

7/13/2015 8:11 AM



## National Press Releases

Home • News • Press Room • Press Releases • Letter to the Editor Regarding the Terrorist Watch List

# Letter to the Editor Regarding the Terrorist Watch List

Washington, D.C.      FBI National Press Office
July 01, 2009      (202) 324-3691

*(A version of this letter appeared in the Fredericksburg, Virginia Free Lance-Star on June 30, 2009)*

Your recent editorial ("List full of holes," June 25, 2009) included a number of inaccurate statements—and critical omissions—about the U.S. government's consolidated terrorist watch list.

Neither the Terrorist Screening Center (TSC) nor the Department of Justice has ever stated that the terrorist watch list contains more than 1 million names. Instead, the Department of Justice explained in its recent report, as has the Terrorist Screening Center numerous times before, that the terrorist watch list contains 1.1 million "terrorist identities" representing approximately 400,000 individuals. This is because a single individual can generate numerous "terrorist identities" or records. For example, if a suspected terrorist uses two different names and three fake dates of birth, TSC would generate six "terrorist identities" or records.

The editorial also failed to include the widely-reported fact that less than 5 percent of the individuals on the watch list are U.S. citizens or permanent legal residents. The vast majority are not even in the U.S.—and the watch list was established to help keep it that way.

No one is watch-listed based on religion or ethnicity. Individuals are only watch-listed based on a reasonable suspicion to believe they are engaging in terrorism or terrorist activities.

Contrary to what the editorial stated, no one has ever been found to be on the watch list because of "mistaken identity." Some individuals may encounter delays during screening because their name is similar to that of a watch listed individual. But, those encounters can almost always be quickly resolved through the use of additional identifying information that clarifies whether or not an individual is on the watch list or just an innocent person with a similar name.

## Recent National Press Releases

*07.10.15*    **Statement by FBI Director James Comey Regarding Dylann Roof Gun Purchase**

*07.07.15*    **FBI Seeking Information to Identify Victims in International Sextortion Case**

*06.30.15*    **Department of Justice Seeks Forfeiture of $34 Million in Bribe Payments to the Republic of Chad's Former Ambassador to the U.S. and Canada**

*06.29.15*    **David J. LeValley Named Special Agent in Charge of Criminal Division of the Washington Field Office**

*06.18.15*    **National Medicare Fraud Takedown Results in Charges Against 243 Individuals for Approximately $712 Million in False Billing**

*06.04.15*    **FBI Aviation Program: Purpose and Scope**

*06.04.15*    **FBI Statement on OPM Cyber Intrusion**

*05.11.15*    **FBI Releases 2014 Preliminary Statistics for Law Enforcement Officers Killed in the Line of Duty**

*05.11.15*    **Stephen Woolery Named Special Agent in Charge of Counterterrorism Division of the Los Angeles Field Office**

The editorial also omitted a critical finding the Government Accountability Office made about the watch list. This independent Congressional investigative agency found that "[t]he watch list has enhanced the U.S. government's counterterrorism efforts." In short, the watch list has made America safer.

Security measures deserve public scrutiny, but your readers deserve an accurate presentation of the facts involved.

**Timothy J. Healy**
*Director*
*U.S. Terrorist Screening Center*

| | 05.07.15 | Joint Program Office for Countering Improvised Explosive Devices (JPO C-IED)/Raven's Challenge Interoperability Exercise |

**More National Press Releases**

Accessibility | eRulemaking | Freedom of Information Act | Legal Notices | Legal Policies and Disclaimers | Links | Privacy Policy | USA.gov | White House

FBI.gov is an official site of the U.S. government, U.S. Department of Justice

Close

EXHIBIT C



(https://www.cornell.edu)Cornell University Law School (http://www.lawschool.cornell.edu/)Search Cornell (https://www.cornell.edu/search/)

U.S. Constitution (/constitution/overview)

# Article III

## Section 1.

The judicial power of the United States, shall be vested in one Supreme Court, and in such inferior courts as the Congress may from time to time ordain and establish. The judges, both of the supreme and inferior courts, shall hold their offices during good behaviour, and shall, at stated times, receive for their services, a compensation, which shall not be diminished during their continuance in office.

## Section 2.

The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;--to all cases affecting ambassadors, other public ministers and consuls;--to all cases of admiralty and maritime jurisdiction;--to controversies to which the United States shall be a party;--to controversies between two or more states;--between a state and citizens of another state (/constitution/amendmentxi);--between citizens of different states;--between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects.

In all cases affecting ambassadors, other public ministers and consuls, and those in which a state shall be party, the Supreme Court shall have original jurisdiction. In all the other cases before mentioned, the Supreme Court shall have appellate jurisdiction, both as to law and fact, with such exceptions, and under such regulations as the Congress shall make.

## Constitution Toolbox

- Explanation of the Constitution (/anncon/) - from the Congressional Research Service

g+1 2

## Stay Involved

- LII Announce Blog (http://blog.law.cornell.edu)
- LII Supreme Court Bulletin (http://liibulletin.law.cornell.edu)
- Make a donation

The trial of all crimes, except in cases of impeachment, shall be by jury; and such trial shall be held in the state where the said crimes shall have been committed; but when not committed within any state, the trial shall be at such place or places as the Congress may by law have directed.

## Section 3.

Treason against the United States, shall consist only in levying war against them, or in adhering to their enemies, giving them aid and comfort. No person shall be convicted of treason unless on the testimony of two witnesses to the same overt act, or on confession in open court.

The Congress shall have power to declare the punishment of treason, but no attainder of treason shall work corruption of blood, or forfeiture except during the life of the person attainted.

## Taxonomy upgrade extras

constitution (/taxonomy/term/1054)

‹ Article II (/constitution/articleii)    up (/constitution/overview)    Article IV › (/constitution/articleiv)

- Contribute content (http://www.law.cornell.edu/wex)
- Become a sponsor (http://www.law.cornell.edu/lii/business_opportunities)
- Give feedback (http://www.law.cornell.edu/contact)

(http://www.law.cornell.edu/donors/)

## Find a Lawyer

**Lawyers near Cincinnati, Ohio**

Lawyers: get listed for free! (https://lawyers.justia.com/signup?ref=cornell)

(https://lawyers.law.cornell.edu/lawyer/adam-michael-russell-743126)

**Adam Michael Russell** (https://lawyers.law.cornell.edu/lawyer/adam-michael-russell-743126)

RENEW   TAKE ACTION   DONATE

Enter your keywords

# TERROR WATCH LIST COUNTER: A MILLION PLUS



**CONGRESS: LET SECTION 215 DIE**
SUNSET PATRIOT ACT
[HTTPS://WWW.ACLU.ORG/SECURE/SECTION215?MS=WEB_150428_N/SECTION215]

## Why are there so many names on the U.S. government's terrorist list?

In September 2007, the Inspector General of the Justice Department reported (http://www.usdoj.gov/oig/reports/FBI/a0741/final.pdf) that the Terrorist Screening Center (the FBI-administered organization that consolidates terrorist watch list information in the United States) had over 700,000 names in its database as of April 2007 - and that the list was growing by an average of over 20,000 records per month.[1] (See also this new March 2008 report (http://www.usdoj.gov/oig/reports/plus/a0816/final.pdf).[2])

By those numbers, the list now has over one million names on

it. Terrorist watch lists must be tightly focused on true terrorists who pose a genuine threat. Bloated lists are bad because

- they ensnare many innocent travelers as suspected terrorists, and
- because they waste screeners' time and divert their energies (https://www.aclu.org/privacy/gen/26535res20060824.html) from looking for true terrorists.

Watch list main page (https://www.aclu.org/technology-and-liberty/watch-lists)

Airline security page (https://www.aclu.org/technology-and-liberty/airline-security)

**Related Issues:** National Security (/search/%20?f%5B0%5D=field_issues%3A132&f%5B1%5D=type%3Aasset), Privacy & Technology (/search/%20?f%5B0%5D=field_issues%3A98&f%5B1%5D=type%3Aasset)

# RELATED STORIES

Terror Watch List Counter: A Million Plus | American Civil Liberties Union

Watch Lists
(/watch-lists)
DECEMBER 28, 2009

# SIGN UP FOR BREAKING NEWS

Your email address

ZIP code

GO

# The FBI Has Built a Better Terrorist Watchlist

By Charles S. Clark    March 25, 2014    Leave a comment



Justice IG Michael Horowitz released the report. J. Scott Applewhite/AP file photo

**HIGHLIGHT**



Join NOAA, CYBERCOM Leaders at Nextgov Prime

Explore data, cybersecurity & the government of tomorrow on Sept. 9th.

**RELATED**

**FBI Director: Actually, We Do Sometimes Spy Without a Warrant**
October 16, 2014   4 Comments

**The FBI's Secret Surveillance Program Is About to Go on Trial**
October 7, 2014   1 Comment

**Feds Investigate N.C. Thirst Death; California Egg Lawsuit Tossed**
October 3, 2014   Leave a comment

**ISIS Hostage Executioner 'Jihadi John' Identified by the FBI**
September 26, 2014   11 Comments

The FBI has made considerable progress in improving the accuracy and timeliness of the post-9/11 terrorist watchlist, the Justice Department inspector general reported on Tuesday.

But the bureau-administered Terrorist Screening Center could do more to document investigations during national security incidents as well as better facilitate the sharing of information on terrorist suspects among agencies, the report concluded.

"During our previous audits... we found that the FBI failed to nominate to the watchlist certain subjects of terrorism investigations and was not timely in processing nominations to the watchlist," said the fifth such report from Justice IG Michael Horowitz. "In response to our reports, the FBI revised its watchlist policy, reorganized the

About Contact Advertise List Rentals Editorial Calendar FAQ
Print Subscriptions Reprints Site Map Privacy Policy Terms & Conditions

**Nextgov Defense One Quartz National Journal The Atlantic CityLab**

© 2015 by National Journal Group, Inc. All rights reserved. | CDN powered by Edgecast Networks

Increase siz