FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 27 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANNA JO SMITH, <br><br>  Plaintiff - Appellant, <br><br> v. <br><br> BARACK OBAMA, in his official capacity as President of the United States of America; JAMES R. CLAPPER, in his official capacity as Director of National Intelligence; KEITH B. ALEXANDER, in his official capacity as Director of the National Security Agency and Chief of the Central Security Service; CHARLES T. HAGEL, in his official capacity as Secretary of Defense; LORETTA E. LYNCH, Attorney General; JAMES B. COMEY, in his official capacity as Director of the Federal Bureau of Investigation, <br><br>  Defendants - Appellees. | No. 14-35555 <br><br> D.C. No. 2:13-cv-00257-BLW <br> District of Idaho, <br> Boise <br><br> ORDER |

Before: HAWKINS, McKEOWN, and TALLMAN, Circuit Judges.

This case is withdrawn from submission pending a final decision in *American Civil Liberties Union v. Clapper*, 785 F.3d 787 (2d Cir. 2015).