FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 04 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANNA JO SMITH,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>BARACK OBAMA, in his official capacity as President of the United States of America; JAMES R. CLAPPER, in his official capacity as Director of National Intelligence; KEITH B. ALEXANDER, in his official capacity as Director of the National Security Agency and Chief of the Central Security Service; CHARLES T. HAGEL, in his official capacity as Secretary of Defense; LORETTA E. LYNCH, Attorney General; JAMES B. COMEY, in his official capacity as Director of the Federal Bureau of Investigation,<br><br>        Defendants - Appellees. | No. 14-35555<br><br>D.C. No. 2:13-cv-00257-BLW<br>District of Idaho,<br>Boise<br><br>ORDER |

Before: HAWKINS, McKEOWN, and TALLMAN, Circuit Judges.

    The motion to become amicus filed on July 22, 2015, is DENIED.